Harry C. Hein, appellee, v. Edward Curda et al., defendants, on appeal of Daniel D. Craft, appellant. Gen. No. 38,248.

Opinion filed June 26, 1935.

William Rifkind, for appellant. No appearance for appellee.

Mr. Justice Hall delivered the opinion of the court.

The People of the State of Illinois, plaintiff in error, v. Ed Sanoris, defendant in error. Gen. No. 37,780.

Opinion filed June 26, 1935.

Thomas J. Courtney, State's Attorney, for plaintiff in error; Edward E. Wilson and Amos P. Scruggs, Assistant State's Attorneys, of counsel. Read & Kane, for defendant in error; Jerome B. Read, of counsel.

Mr. Justice Wilson delivered the opinion of the court.

The People of the State of Illinois ex rel. Oscar Nelson, complainant, v. Roseland State Savings Bank, defendant.

Frank C. Leviton and Lillian H. Leviton, appellees, v. William L. O'Connell, appellant. Gen. No. 37,787.

Opinion filed June 26, 1935.

Rehearing denied July 10, 1935.

Stephen A. Malato, for appellant. Jacob G. Grossberg, for appellees.

Mr. Justice Wilson delivered the opinion of the court.

Jennie Glanz, appellant, v. James T. Fulker and Albert J. Horan, appellees. Gen. No. 37,897.

Opinion filed June 26, 1935.

Jacob Levy, for appellant; Edward McTiernan, of counsel. Arthur P. Feigen, for appellees; Albert J. Feigen, of counsel.

Mr. Justice Wilson delivered the opinion of the court.